UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN GARRETT BAUTISTA, | No. C 04-187 SI (pr) |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| JIM BABCOCK, etc.; et al., | |
| Defendants. | |

The court set February 9, 2007 as the deadline for plaintiff to file a motion to compel discovery. He did not file a motion. As the court explained long ago, the court wanted the discovery problems resolved before defendants filed a new summary judgment motion. Jan. 30, 2006 Order Denying Motions And Setting Briefing Schedule, p. 7. Now that the discovery problems appear to have been resolved, it is time for defendants to file their summary judgment motion. The court now sets the following briefing schedule:

1. No later than **March 30, 2007**, defendants must file and serve a motion for summary judgment. If defendants are of the opinion that this case cannot be resolved by summary judgment, they must so inform the court prior to the date the motion is due.

2. Plaintiff's opposition to the summary judgment motion must be filed with the court and served upon defendants no later than **April 27, 2007**. Plaintiff is reminded to bear in mind the notice and warning regarding summary judgment in the order of service as he prepares his opposition to any summary judgment motion.

3. If defendants wish to file a reply brief, the reply brief must be filed and served no later than **May 11, 2007**.

IT IS SO ORDERED.

Dated: February 16, 2007

_____
SUSAN ILLSTON
United States District Judge