**United States District Court**
For the Northern District of California

1
2
3
4
5                 UNITED STATES DISTRICT COURT
6             NORTHERN DISTRICT OF CALIFORNIA
7
8   SHAWN GARRETT BAUTISTA,          No. C 04-187 SI (pr)
9            Plaintiff,             **JUDGMENT**
10       v.
11   JIM BABCOCK, etc.; et al.,
12           Defendants.
13                                   /
14       This action is dismissed without prejudice to plaintiff filing a new action in which he
15 asserts claims as to which administrative remedies have been exhausted.
16
17       IT IS SO ORDERED AND ADJUDGED.
18 Dated: 7/30/07                     _____
19                            SUSAN ILLSTON
                         United States District Judge
20
21
22
23
24
25
26
27
28